AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

Southern DISTRICT OF Florida

UNITED STATES OF AMERICA

V.

RAFAEL GUERRERO

**EXHIBIT AND WITNESS LIST**

Case Number: 07-20421-CR-SEITZ

| PRESIDING JUDGE<br>Patricia Seitz | PLAINTIFF'S ATTORNEY<br>Y. Rodriguez-Schack & B.J. Throne | DEFENDANT'S ATTORNEY<br>Celeste Higgins |
|---|---|---|
| TRIAL DATE (S)<br>October 22 - 25, 2007 | COURT REPORTER<br>David Elrich | COURTROOM DEPUTY<br>Linda Webb |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 10-23-07 | ✓ | yes n/o | Audiotape of 4 telephone calls from 05.08-09.07 w/ "Arturo" / Mejia |
| 1A | | 10-23-07 | ✓ | yes n/o | Transcript of 4 telephone calls from 05.08-09.07 w/ "Arturo" / Mejia |
| 2 | | 10-23-07 | ✓ | yes n/o | Audiotape of 3 telephone calls from 5.12-14.07 / Mejia |
| 2A | | 10-23-07 | ✓ | yes n/o | Transcript of 3 telephone calls from 5.12-14.07 / Mejia |
| 3 | | 10-23-07 | ✓ | yes n/o | Audiotape of 05.14.07 meeting / Mejia |
| 3A | | 10-23-07 | ✓ | yes n/o | Transcript of 05.14.07 meeting / Mejia |
| 3B | | 10-23-07 | ✓ | yes n/o | Videotape of 05.14.07 meeting / Mejia |
| 4 | | 10-23-07 | ✓ | yes n/o | Audiotape of 5 telephone calls from 05.15-17.07 / Mejia |
| 4A | | 10-23-07 | ✓ | yes n/o | Transcript of 5 telephone calls from 05.15-17.07 / Mejia |
| 5 | | 10-23-07 | ✓ | yes n/o | Audiotape of 05.17.07 meeting at Taco Bell / Mejia |
| 5A | | 10-23-07 | ✓ | yes n/o | Transcript of 05.17.07 meeting at Taco Bell / Mejia |
| 5B | | 10-23-07 | ✓ | yes n/o | Photograph of money / Mejia & Nunez |
| 6 | | 10-24-07 | ✓ | yes n/o | Composite Exhibit of dialed calls from Guerrero's cellular telephone / Mejia & Perez |
| 7 | | 10-24-07 | ✓ | yes n/o | Composite Exhibit of received calls to Guerrero's cellular telephone / Mejia & Perez |
| 8 | | 10-24-07 | ✓ | yes n/o | Guerrero's cellular telephone / Perez |
| 9 | | 10-24-07 | ✓ | yes n/o | Guerrero's Washington State Driver's License / Perez |
| 10 | | 10-24-07 | ✓ | yes n/o | Spanish Executed Advisal of Rights form / Perez |
| 11 | | 10-24-07 | ✓ | yes orig. | Guerrero's Executed Statement / Perez |
| 12 | | 10-23-07<br>10-24-07 | ✓<br>✓ | | Sham kilogram of cocaine / Nunez  Mejia 10-23  10-24 |
| 13 | | | | | Quintana's Plea Agreement |
| 14 | | 10-24-07 | ✓ | yes n/o | Kilo of cocaine    NUNEZ |
| 10A | | 10-24-07 | ✓ | yes N/O | English Version of Rights Form / Perez [for translation purposes only] |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1    Pages